RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

        Plaintiff,

Vs.

Refugio Galindo, et al.,

        Defendants.

Case Number 22-5692 KAW

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Richard Sepulveda, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal with prejudice of this matter as against all defendants and all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket.

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda

December 9, 2022

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE  – 22-5692 KAW

-1-